UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

Dejoun Taylor,

      Plaintiff,

v.

Mann Bracken, L.L.P.; and
DOES 1-10, inclusive,

      Defendant.

Civil Action No.: 8:10-cv-01423-RWT

### NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE PURSUANT TO RULE 41(a)

Plaintiff, Dejoun Taylor, by his attorney, hereby withdraws his complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A).

Dated: June 22, 2010

      Respectfully submitted,
      By /s/ Forrest E. Mays
      Forrest E. Mays (Bar No. 07510)
      2341 N Forrest Drive, Suite 90
      Annapolis, MD  21403
      Telephone: (410) 267-6297
      Facsimile: (410) 267-6234
      Email: mayslaw@mac.com

      Of Counsel To
      LEMBERG & ASSOCIATES L.L.C.
      A Connecticut Law Firm
      1100 Summer Street, 3rd Floor
      Stamford, CT 06905
      Telephone: (203) 653-2250
      Facsimile:  (877) 795-3666
      ATTORNEYS FOR PLAINTIFF

"APPROVED" THIS 28th DAY
of June, 2010

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE